UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT O. DINKINS,<br>     Plaintiff,<br><br>-v-<br><br>UNKNOWN PARTIES,<br>     Defendants. | No. 1:11-cv-403<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having reviewed the complaint and having concluded the complaint fails to state a claim upon which relief may be granted, the complaint was dismissed and all pending motions dismissed as moot. Therefore, under Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff Dinkins.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  May 19, 2011                                                                                                          /s/ Paul L. Maloney
                                                                                                                                     Paul L. Maloney
                                                                                                                                     Chief United States District Judge